UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

DUNBAR SAINT PAUL, individually, and on behalf of all others similarly situated,

    Plaintiff,

  v.

DIGISTORE24, INC., a Delaware corporation,

    Defendant.

NO. 8:21-cv-00110-WFJ-SPF

**CLASS ACTION**

## NOTICE OF SETTLEMENT

  Plaintiff Saint Paul gives notice that the parties have reached a settlement in principle. The parties anticipate filing a Notice for Dismissal of the action with prejudice as to the Plaintiff's individual claims within 30 days. The parties request that all pending dates and filing requirements as to the parties be vacated and that the Court set a deadline, thirty days from the present date for filing a dismissal of the action.

    Respectfully Submitted,

Dated: March 19, 2021

    */s/ Avi Kaufman*
    Avi R. Kaufman (FL Bar no. 84382)*
    kaufman@kaufmanpa.com
    Rachel E. Kaufman (FL Bar no. 87406)
    rachel@kaufmanpa.com
    KAUFMAN P.A.
    400 NW 26th Street
    Miami, FL 33127
    Telephone: (305) 469-5881

    Stefan Coleman (FL Bar No. 30188)
    law@stefancoleman.com
    LAW OFFICES OF STEFAN COLEMAN, P.A.
    201 S. Biscayne Blvd, 28th Floor
    Miami, Fl 33131
    Telephone: (877) 333-9427
    Facsimile: (888) 498-8946

*Trial Counsel*

*Counsel for Plaintiff and all others similarly situated*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 19, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Avi R. Kaufman*