UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| DUNBAR SAINT PAUL, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIGISTORE24, INC., a Delaware corporation,<br><br>Defendant. | NO. 8:21-cv-00110-WFJ-SPF<br><br>**CLASS ACTION** |

## NOTICE OF DISMISSAL

Plaintiff Saint Paul gives notice of the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

Dated: May 24, 2021

/s/ Avi Kaufman
Avi R. Kaufman (FL Bar no. 84382)*
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

Stefan Coleman (FL Bar No. 30188)
law@stefancoleman.com

                    LAW OFFICES OF STEFAN COLEMAN, P.A.
                    201 S. Biscayne Blvd, 28th Floor
                    Miami, Fl 33131
                    Telephone: (877) 333-9427
                    Facsimile: (888) 498-8946

                    *Trial Counsel*

                    *Counsel for Plaintiff and all others similarly situated*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 24, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

                    /s/ Avi R. Kaufman